STATE of Missouri, Respondent,

v.

Kenneth Burton BROOKS, Appellant.

No. WD 35650.

Missouri Court of Appeals,
Western District.

Jan. 15, 1985.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from convictions and sentences for sale of Schedule I and Schedule II controlled substances pursuant to § 195.-017, RSMo.1978.

Judgments and sentences affirmed. Rule 30.25(b).